IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORY J. DUTY, | 1:10-cv-00875-SMS-(PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| DIRECTOR OF CORRECTIONS, et al., | (ECF No. 10) |
| | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 31, 2011, plaintiff filed a motion to extend time to file first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file first amended complaint.

IT IS SO ORDERED.

**Dated:   April 4, 2011**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE